JS - 6

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IMELDA OJEDA-CARDENAS,<br>Petitioner,<br>v.<br>UNITED STATES ATTORNEYS OFFICE, et al.,<br>Respondents. | Case No. 5:26-cv-04390-AYP<br>JUDGMENT |

IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED.

Dated: September 22, 2026

HON. ANNA Y. PARK
UNITED STATES MAGISTRATE JUDGE